UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

        Plaintiff,                           Case No. 22-cr-20561

v                                               HON. MARK A. GOLDSMITH

D-1 SEAN PHILLIP TISSUE

        Defendant.
_____/

**<u>ORDER GRANTING DEFENDANT'S MOTION FOR EXPERT SERVICES (Dkt. 23)</u>**

        Before the Court is Defendant Sean Phillip Tissue's motion for expert services (Dkt. 23). Tissue requests that the Court authorize the services of Dr. Michaeal Abramsk at the rate of $200 per hour up to $2,400 for an evaluation and report. The Court grants Tissue's motion.

        SO ORDERED.

Dated: April 27, 2023                            s/Mark A. Goldsmith
      Detroit, Michigan                        MARK A. GOLDSMITH
                                                           United States District Judge